FILED

08/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0253

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0253

———————————

ADAM PUMMILL, an individual, and ADAM
PUMMILL and KURTIS ROBERTSON as a
member of Black Gold Enterprises, LLC, members
of, and on behalf of BLACK GOLD
ENTERPRISES, LLC,

        Plaintiffs and Appellees,

   v.

JOSHUA T. PATTERSON a/k/a JOSH
PATTERSON, as an individual and d/b/a
PATTERSON ENTERPRISES, INC., also d/b/a
ROCKY MOUNTAIN EQUIPMENT, INC., p/k/a
ROCKY MOUNTAIN JCB, INC., also d/b/a
ROCKY MOUNTAIN RENTAL SPECIALISTS,
LLC, also d/b/a ROCKY MOUNTAIN
EQUIPMENT also d/b/a ROCKY MOUNTAIN
RENTAL, also d/b/a ROCKY MOUNTAIN
EQUIPMENT OF MISSOULA MONTANA,

        Defendants and Appellants.

O R D E R

———————————

     This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on August 21, 2023, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

     Pursuant to M. R. App. P. 12(1)(i), appellants must attach an "appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instructions(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court" to an opening brief. Appellant Joshua T. Patterson's appendix did not contain the relevant documents. Accordingly, Appellant will need to resubmit the appendix including the relevant documents from which he appeals. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
August 23 2023